# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Julian Rodriguez and Enrique Silva Plata, Individually and On Behalf of Others Similarly Situated, <br>     Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-112 |
| Machinestation International, Inc., and MacStat International, LLC, <br>     Defendants. | § | JURY DEMANDED |

## FINAL DEFAULT JUDGMENT

The court considered the motion for default judgment filed by Plaintiffs against Defendants Machinestation International, Inc. and MacStat International, LLC.

After considering the motion, the affidavits, and other evidence on file, the Court GRANTS the motion for default judgment and renders judgment as follows:

A final judgment in favor of Plaintiffs and against Defendants Machinestation International, Inc. and MacStat International, LLC jointly and severally, as follows:

- $20,736.00 in unpaid wages for Julian Rodriguez;

- $20,736.00 in liquidated damages for Julian Rodriguez;

- $4,608.00 in unpaid wages for Enrique Platas Silva;

- $4,608.00 in liquidated damages for Enrique Platas Silva;

- $577.50 in unpaid wages for Wally Garza;

- $577.50 in liquidated damages for Wally Garza;

- $2,175.00 in unpaid wages for Luis Olivo;

- $2,175.00 in liquidated damages for Luis Olivo;

- $4,800.00 in unpaid wages for Ramon Platas;

- $4,800.00 in liquidated damages for Ramon Platas;

- $10,500.00 for reasonable and necessary attorney's fees; and

- $402.00 for court costs.

Additionally, this Court retains jurisdiction over enforcing this judgment and any future attorney's fees and costs incurred by Plaintiffs, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

All relief not granted herein is denied.


SIGNED on _____, 2023.


_____
Peter Bray
United States Magistrate Judge