United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIAN RODRIGUEZ, ENRIQUE SILVA PLATA, ENRIQUE PLATAS SILVA, RAMON PLATAS, WALLY GARZA and LUIS OLIVO, <br><br> Plaintiffs, <br><br> VS. <br><br> MACHINESTATION INTERNATIONAL INC. and MACSTAT INTERNATIONAL LLC, <br><br> Defendants. | Civil Case No. 4:23-CV-00112 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 3, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Bray. (Dkt. No. 20). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Default Judgment, (Dkt. No. 16), be granted. (Dkt. No. 20).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion for Default Judgment, (Dkt. No. 16), is **GRANTED**.

It is SO ORDERED.

Signed on December 12, 2023.

*Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**