UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIAN RODRIGUEZ, ENRIQUE SILVA PLATA, ENRIQUE PLATAS SILVA, RAMON PLATAS, WALLY GARZA and LUIS OLIVO,<br><br>Plaintiffs,<br><br>VS.<br><br>MACHINESTATION INTERNATIONAL INC. and MACSTAT INTERNATIONAL LLC,<br><br>Defendants. | Civil Case No. 4:23-CV-00112 |

## FINAL DEFAULT JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, Plaintiffs' Motion for Default Judgment is **GRANTED**. Plaintiffs shall recover jointly and severally from Machinestation International, Inc., and MacStat International LLC attorney's fees, costs, actual damages and liquidated damages as follows:

(1) Plaintiffs are awarded $10,950 in attorney's fees;

(2) Plaintiffs are awarded $402 in costs;

(3) Julian Rodriguez is awarded $20,736 in actual damages and $20,736 in liquidated damages;

(4) Enrique Platas Silva is awarded $4,608 in actual damages and $4,608 in liquidated damages;

(5) Wally Garza is awarded $577.50 in actual damages and $577.50 in liquidated damages;

(6)    Luis Olivo is awarded $2,175 in actual damages and $2,175 in liquidated damages;

(7)    Ramon Platas: $4,800 in actual damages and $4,800 in liquidated damages.

This is a **FINAL JUDGMENT**.

Signed on December 12, 2023.

                                                                    _____
                                                                      **DREW B. TIPTON**
                                                         **UNITED STATES DISTRICT JUDGE**